IN THE United State District Court

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 15 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

3:23-cv-190-DPJ-MTP

# WRIT of mAdamus

CornE Now the defendant John Lidell Files This writ of madamus in Order to Show Cause with in Said court, that the Circuit court of Hinds County 270 days time limertation was up, when the defendant was Indicted.

The defendant states that the Indictment is void.

On Exhibit 5 it shows that the defendant plea Agreement was 20 years, in it allso States that the 20 years can Be suspened some of it or all of It. But within Exhibit 5, 2, 4, .

(1)

The defendant is wrongfully Indicted, the time limertation was up under the 270 days limertation clause, under Steven US, United States 701, 101, 601, 2020.

The defendant is under the wrong subsection Also. Juridiction clause/ the defendant was Not Arrested within Hinds county Juridiction, But Hinds county circuit court was the ones that Had Indicted, the defendant with AN Indictment that is Void. The Indictment clause subsection is Rickie US, United States, 909, 601, 201, 2023 ___ it state that, A Indictment under this Right Clause Have to Be Right - The defendant is or Are Showing cause to this UNCONSITUTShonal Indictment.

②

United States vs. James, 401, 112, 2020, these words within the Federal guide line under the defendant case". It states unlawfully did willfully And Feloniously - these words within the defendant case violates the defendant Fundamental Right, the subsection is wrong.

It Allso states that All dates are being Approximate and Inclusive / please see Indictment From the circuit court For the 1st Judicial District of Hinds county circuit court. The defendant was not within Hinds county when this surposely crime was committed. The defendant "Federal guide line was violated By the Hinds county circuit court.

(3)

<u>Stateu clause</u>

The defendant stateu is within violation

<u>time limertation clause</u>

circuit court of Hinds county have violated the defendant 270 days to Be Indicted

<u>Juridiction clause</u>

The defendant was Not within Hinds county Juridiction when the surpose'ed crime was done

<u>Subsection clause</u>

Hind county circuit court Have violated the defendant Subsection within the defendant case.

<u>Indictment clause</u>

the defendant Indictment was void do to the incorrect Indictment.

(4)

The stateu of the defendant cause is wrong.

Wherefore, the defendant seeks Relief From said U.S.D.C. court,
For the defendant to Be Released And compensated," Allso For the defendant to leave the State of mississippi.

John D. Lidel
John D. Lidel

Sworn To And subscribed Before me the day of ___7th___ . ___March___ ___2023___

___my commission___

___Yulacle On___
___Notary Public___

⑤