UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN D. LIDDELL, # 124363, a/k/a JOHN LIDELL, a/k/a JOHN D. LIDEL        PETITIONER

V.                                    CIVIL ACTION NO. 3:23-CV-375-DPJ-MTP

JOHN DOE                              RESPONDENT

ORDER OF DISMISSAL

This pro se prisoner case is before the Court, sua sponte, for consideration of dismissal. Petitioner John D. Liddell is incarcerated with the Mississippi Department of Corrections and brings this Petition for Writ of Mandamus [1], challenging his state-court conviction.

On March 15, 2023, Petitioner filed the instant Petition for Writ of Mandamus, a 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, and a 42 U.S.C. § 1983 Complaint. *See Liddell v. Hinds Cty. Cir. Ct.*, 3:23-CV-189 (S.D. Miss. Mar. 15, 2023) (habeas) ("*Liddell II*"); *Liddell v. Hinds Cty. Cir. Ct.*, 3:23-CV-191 (S.D. Miss. Mar. 15, 2023) (§ 1983) ("*Liddell III*"). In this Petition for Writ of Mandamus [1] he seeks "to be released and compensated [and] to leave the State of Mississippi." Pet. [1] at 5. The Court therefore severed the habeas and damages claims. The severed habeas claims were dismissed. Order [5], *Liddell v. John Doe*, 3:23-CV-190 (S.D. Miss. June 12, 2023). And the instant action represents the § 1983 damages claim. The Court finds the severed § 1983 claim is duplicative of *Liddell III*.

A civil action may be dismissed if duplicates another action pending in the same court. *Oliney v. Gardner*, 771 F.2d 856, 859 (5th Cir. 1985); *see Norwood v. United States*, 235 F. App'x 231, 231 (5th Cir. 2007) (citing *Pittman v. Moore*, 980 F.2d 994, 994-95 (5th Cir. 1993)).

Because the instant Petition concerns the same § 1983 claims advanced in *Liddell III*, it is duplicative and will be dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, for the reasons stated above, this case is **DISMISSED WITHOUT PREJUDICE** to Petitioner's pursuit of his claims in *Liddell III*. A separate final judgment shall issue pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 5th day of July, 2023.

                                        s/ *Daniel P. Jordan III*
                                        CHIEF UNITED STATES DISTRICT JUDGE