UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN D. LIDDELL, # 124363, a/k/a JOHN LIDELL, a/k/a JOHN D. LIDEL  PETITIONER

V.   CIVIL ACTION NO. 3:23-CV-375-DPJ-MTP

JOHN DOE   RESPONDENT

## JUDGMENT

For the reasons stated in the Order entered this date, this case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED** this the 5th day of July, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE